In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-092 CR 


______________________


 

DERRICK LEBLANC, Appellant



V.



STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


 Jefferson County, Texas


Trial Cause No. 98170






MEMORANDUM OPINION


 Derrick Leblanc was convicted and sentenced on an indictment for felony theft.
LeBlanc filed a notice of appeal on February 12, 2007. The trial court entered a certification
of the defendant's right to appeal in which the court certified that this is a plea-bargain case
and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's
certification has been provided to the Court of Appeals by the district clerk.

 On February 14, 2007, we notified the parties that the appeal would be dismissed
unless an amended certification was filed within thirty days of the date of the notice and
made a part of the appellate record. See Tex. R. App. P. 37.1. The record has not been
supplemented with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered March 21, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, J.J.